UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AERIAL HAYNES, Individually and on Behalf of all Others Similarly Situated<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ATLANTA CHECK CASHERS, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3591-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., Chief United States District Judge, for consideration of Motion for Attorney's Fees, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff recover from defendant $15,500.00 as reasonable attorney's fees. This action is **dismissed** with prejudice.

Dated at Atlanta, Georgia this 10th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　　November 10, 2015
James N. Hatten
Clerk of Court


By: s/Andrea Gee
　　　Deputy Clerk